**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: __Feb. 25, 2014__  
START: __11:40 a.m.__  
END: __11:50 am__

DOCKET NO: __13-CV-5777 (NGG)__

CASE: __Buchheister v. Vanmanen, et al.__

✓ INITIAL CONFERENCE  
___ DISCOVERY CONFERENCE  
___ SETTLEMENT CONFERENCE  
___ OTHER/ORDER TO SHOW CAUSE  
___ FINAL/PRETRIAL CONFERENCE  
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: __Baree Jett__

FOR DEFENDANT: __Tobias Zimmerman__

FACT ___ DISCOVERY TO BE COMPLETED BY ~~February~~ July 25, 2014

✓ NEXT __settlement__ CONFERENCE SCHEDULED FOR __May 27, 2014 2:00 pm__

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____

___ PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures are complete. Pleadings may be amended and new parties added until April 11, 2014.